IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DARREN REED                                                                                          PLAINTIFF

VS.                                            CASE NO. 07-CV-1098

GEORGIA-PACIFIC LLC and
PARKER HANNAFIN CORPORATION                                               DEFENDANTS

CLAIM INDEMNITY SERVICES, LLC                                             INTERVENOR

## ORDER

    Before the Court is a Motion to Dismiss filed on behalf of the Plaintiff Darren Reed. (Doc. No. 37). Plaintiff states that this matter has been settled as to all parties and asks that the action be dismissed with prejudice. Upon consideration, the Court finds that the motion should be and hereby is **granted**. Accordingly, the above styled and numbered action is hereby **dismissed** with prejudice.

    IT IS SO ORDERED, this 8th day of October, 2008.

                                                        /s/Harry F. Barnes
                                                        Hon. Harry F. Barnes
                                                        United States District Judge