IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**DARREN REED**                                                                           **PLAINTIFF**

Case No. 07-1098

v.

**GEORGIA-PACIFIC LLC and**
**PARKER-HANNAFIN CORPORATION**                                  **DEFENDANTS**

**CLAIM INDEMNITY SERVICES, LLC**                                      **INTERVENOR**

## ORDER

Upon the motion of Plaintiff that his action of the Defendants be dismissed with prejudice the Court hereby orders and adjudges that the same shall be dismissed with prejudice.

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
OCT 2 2 2008
CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

_____
District Judge

-2-